In re AMERICA WEST AIRLINES, Debtor.

**Seymour LICHT, Appellant,**

v.

**AMERICA WEST AIRLINES; Equity Security Holders Committee, Appellees.**

No. 94–15631.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 17, 1994*.

Decided Nov. 25, 1994.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed.R.App.P. 34(a); 9th Cir.R. 34–4. Accordingly, Licht's request for oral argument is denied.

Dr. Seymour Licht, pro se.

Pamela M. Jimenez, Lord, Bissell, & Brook, Chicago, IL, for appellees.

Before: BROWNING, FARRIS, and LEAVY, Circuit Judges.

PER CURIAM:

Seymour Licht appeals pro se the Bankruptcy Appellate Panel's ("BAP") affirmance of the bankruptcy court's order barring Licht, a non-attorney, from representing See More Light Investments, a business association in which Licht was the senior partner.

Corporations and other unincorporated associations must appear in court through an attorney. *See C.E. Pope Equity Trust v. United States,* 818 F.2d 696, 697–98 (9th Cir.1987); *Church of the New Testament v. United States,* 783 F.2d 771, 773–74 (9th Cir.1986); *see also Eagle Assocs. v. Bank of Montreal,* 926 F.2d 1305, 1309–10 (2d Cir. 1991) (partnership not allowed to be represented by non-attorney partner).

In *United States v. Reeves,* however, we allowed a non-attorney partner to represent his interest in a partnership pursuant to Alaskan partnership statute. 431 F.2d 1187, 1188 (9th Cir.1970). The Supreme Court in *Rowland v. California Men's Colony* recently criticized our holding in *Reeves* and observed that "save in a few aberrant cases [including *Reeves*], the lower courts have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own case personally or by counsel,' does not allow corporations, *partnerships,* or associations to appear in federal court otherwise than through a licensed attorney." —— U.S. ——, ——, 113 S.Ct. 716, 721, 121 L.Ed.2d 656 (1993) (footnote omitted and emphasis added). Thus, to the extent that *Reeves* stood for the proposition that non-attorney members of a partnership could appear on behalf of the partnership, the Supreme Court in *California Men's Colony* has overruled that holding. *See* —— U.S. at ——, 113 S.Ct. at 721.

The remaining issue regarding Licht's right to represent himself pro se as an individual creditor of the debtor, America West Airlines, Inc. is addressed in a separate memorandum disposition filed concurrently with this opinion. In the disposition, we vacate part of the order and remand to the bankruptcy court.

**AFFIRMED in part, VACATED in part, and REMANDED.**